**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TTL LLC FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Plaintiff, | 1:26-cv-00012-ACP-MMS<br><br>**ORDER ADOPTING REPORT AND RECOMMMDATION**<br>[Dkt. 20] |

Before the Court is the Report and Recommendation at Docket 20, which recommends granting the pending motion to dismiss at Docket 13 and denying the motion to approve security, direct notice, and grant an injunction at Docket 8. No objections were filed, and the time to do so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). The court must review de novo only "those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; *see United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[A]utomatic de novo review of findings and recommendations [would] defeat the whole purpose of [referral] to the magistrate judge.").

The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Report and Recommendation is adopted in full. The motion at Docket 13 is **GRANTED**; the motion at Docket 8 is **DENIED**. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED November 18, 2026, at Anchorage, Alaska.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge